IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

FILED
SEP 09 2019
Clerk, U.S District Court
District Of Montana
Missoula

| | |
|---|---|
| CANDI LEE LILES,<br><br>                Plaintiff,<br><br>vs.<br><br>DAN WILSON,<br><br>                Defendant. | CV 19–91–M–DLC–JCL<br><br>ORDER |

United States Magistrate Judge Jeremiah C. Lynch entered his Findings and Recommendation on June 12, 2019, recommending that the Court dismiss this action for lack of jurisdiction. (Doc. 3 at 4.) Plaintiff Candi Lee Liles failed to timely object to the Findings and Recommendation, and so waived the right to de novo review of the record. 28 U.S.C. § 636(b)(1). This Court reviews for clear error those findings and recommendations to which no party objects. *See Thomas v. Arn*, 474 U.S. 140, 149–53 (1985). Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been made." *Wash. Mut., Inc. v. United States*, 856 F.3d 711, 721 (9th Cir. 2017) (citation omitted).

Having reviewed the Findings and Recommendation, the Court finds no clear error in Judge Lynch's recommendation to dismiss Liles's complaint. Liles

-1-

has not alleged facts suggesting that any party to this litigation is a citizen of a state other than Montana, and she must show complete diversity of citizenship to proceed. (Doc. 3 at 3.)

Accordingly, IT IS ORDERED that:

(1) Judge Lynch's Findings and Recommendation (Doc. 3) is ADOPTED IN FULL;

(2) Plaintiff Candi Lee Liles' complaint (Doc. 1) is DISMISSED for lack of jurisdiction; and

(3) The Clerk of Court shall enter judgment for the Defendant and close this case.

DATED this 9th day of September, 2019.

*Dana L. Christensen*
Dana L. Christensen, Chief Judge
United States District Court